[No. 11858–1–II.   Division Two.   May 1, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. KAREN L. BOWEN, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 87–1–00142–8, Dale M. Nordquist, J., entered

March 3, 1988. *Affirmed* by unpublished opinion per Reed, J., concurred in by Alexander, C.J., and Worswick, J.